CHAD KALAWAIA
15-2338 Kauhaenae Place
Pahoa, Hawaii 96778
Tel. 808-216-5789
E-mail : Chadkalawaia@gmail.com

Defendant Pro Se

```
                    FILED IN THE
            UNITED STATES DISTRICT COURT
                 DISTRICT OF HAWAII
              Jan 3, 2022 2:40 pm
           Michelle Rynne, Clerk of Court
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROYNES J. DURAL, II,, <br><br> Plaintiff, <br><br> vs. <br><br> CITY AND COUNTY OF HONOLULU, SHERYL SUNIA, MYRON H. TAKEMOTO, VIBIANA KEALOHA-WONG, fka VIBIANA SLUTTER, SHYLA COMBIS, fka SHYLA KALAWAIA, CHAD KALAWAIA, NATHAN SLUTTER, DOES 1-20, <br><br> Defendants. | CIVIL NO. 21-00461 -HG-RT <br><br> DEFENDANT CHAD KALAWAIA'S ANSWER TO COMPLAINT OF PLAINTIFF FILED 11/24/21; <br> CERTIFICATE OF SERVICE |

<u>DEFENDANT CHAD KALAWAIA'S ANSWER TO COMPLAINT OF PLAINTIFF FILED 11/21/21</u>

COMES NOW, Defendant, CHAD KALAWAIA, Defendant Pro Se and for Answer to the Complaint filed by Plaintiff states as follows :

<u>FIRST DEFENSE</u>

1. The Complaint fails to state a claim upon which relief can be granted against Defendant.

## SECOND DEFENSE

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in the following paragraphs of the Complaint, and therefore denies these paragraphs 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16, 17, 18, 19, 20, 22, 23, 24, 25, 26, 27, 28, 29,30,31,32,33,34,35,36,37,38,39,40,41,42,43,50,51,52,53,54,55,58,59,60,61,62,63,64,69,70,71, 72,74,75,76,77,78,79,85, 86,87,88,89,90,91,92,93,94,95,96,97,98,99,100,101,102,103,105 through and including all paragraphs up to and including 127,129,131,132,133,134,135,136,137,138,and 140 through and including all paragraphs up to and including 219.

## THIRD DEFENSE

3. Defendant intends to rely upon the defenses of statute of limitations, and any other affirmative defenses.

## FOURTH DEFENSE

4. Defendant CHAD KALAWAIA asserts his Fifth Amendment Right under the United States Constitution and refuses to answer the following incriminating questions as follows: 21,44,45,46,47,48,49,56,57,65,66,67,68,73,74,80,81,82,83,84,104,128,130, and 139.

WHEREFORE, Defendant requests the Complaint against him be dismissed and that he be awarded his fees and expenses incurred herein.

DATED: Pahoa, Hawaii, December 30, 2021.

_____
CHAD KALAWAIA
Defendant Pro Se

2.

## CERTIFICATE OF SERVICE

I hereby certify that a file marked copy of the foregoing document was/will be served on the following by U.S. Mail, postage prepaid.

    PETER C. HSIEH ESQ.
    DAVIES PACIFIC CENTER
    841 BISHOP STREET, STE. 2201
    HONOLULU, HAWAII 96813
    Telephone: (808) 521-3336
    -and-
    MYLES S. BREINER, ESQ.
    1003 BISHOP STREET
    STE. 2150
    HONOLULU, HAWAII 96813
    Telephone: (808) 526-3426

    Attorneys for Plaintiff
    ROYNES J. DURAL, II.

DATED: Pahoa, Hawaii, _December 30_.

_____ 2021

_____
CHAD KALAWAIA
Defendant Pro Se