IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ROYNES J. DURAL II, | ) | 1:21-CV-00461-HG-WRP |
| | ) | |
| Plaintiff, | ) | |
| | ) | RULE 16 SCHEDULING ORDER |
| vs. | ) | |
| | ) | |
| CITY AND COUNTY OF HONOLULU, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## RULE 16 SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16 and LR 16.2, a scheduling conference was held on June 14, 2022, before the Honorable Wes Reber Porter, United States Magistrate Judge. Appearing telephonically at the conference were Sean Fitzsimmons, Esq *for* Myles S. Breiner, Esq., Peter C. Hsieh, Esq., Page C. Ogata, Esq., David J. Minkin, Esq., Jordan K. Inafuku, Esq., Vibiana Kealoha-Wong *(pro se)*, and Chad Kalawaia *(pro se)*.

Pursuant to Fed. R. Civ. P. 16(e) and LR 16.3, the Court enters this scheduling conference order:

**TRIAL DATE:**

1. **JURY** trial in this matter will commence before the Honorable Helen Gillmor, United States District Judge on October 17, 2023, at 9:00 AM.

**AMENDING PLEADINGS:**

2. All motions to join additional parties or to amend the pleadings shall be filed by December 21, 2022.

**EXPERT WITNESSES:**

3.     Each party shall make the disclosures regarding expert witnesses or other witnesses with specialized knowledge as required by Fed. R. Civ. P. 26(a)(2) according to the following schedule:

     a.     All plaintiffs shall comply by March 7, 2023.

     b.     All defendants shall comply by May 8, 2023.

Rebuttal disclosures to a witness identified by another party pursuant to subparagraphs a and b hereinabove shall occur within thirty (30) days after the disclosure by the other party.

**DISCOVERY:**

4.     Unless and until otherwise ordered by the Court, the parties shall follow the discovery plan agreed to by the parties herein pursuant to Fed. R. Civ. P. 26(f).

5a.     Pursuant to Fed. R. Civ. P. 16(b)(3) and LR 16.2(a)(6), the discovery deadline shall be May 22, 2023. Unless otherwise permitted by the Court, all discovery pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive must be completed by the discovery deadline.

     b.     Unless otherwise permitted by the Court, all discovery motions and conferences made or requested pursuant to Federal Rules of Civil Procedure, Rules 26 through 37 inclusive of LR 26.1, 26.2, and 37.1 shall be filed no later than April 20, 2023.

**MOTIONS:**

6.     Dispositive motions shall be filed by May 22, 2023.

7.     All other non-dispositive motions including any motion requiring an evidentiary hearing (including *Daubert* motions) shall be filed by July 19, 2023. This deadline does not include motions in limine or discovery motions.

**8.** Motions in limine shall be filed by September 19, 2023.

Any opposition memorandum to a motion in limine shall be filed by September 26, 2023.

**SETTLEMENT:**

**9.** A settlement conference shall be held on June 20, 2023, at 1:00 PM by Video Conference (VTC) before the Honorable Wes Reber Porter, United States Magistrate Judge.

**10.** Each party shall deliver to the presiding Magistrate Judge a confidential settlement conference statement by June 13, 2023. The parties are directed to LR l 6.5(b) for the requirements of the confidential settlement conference statement.

**11.** The parties shall exchange written settlement offers and meet and confer to discuss settlement before the date on which settlement conference statements are due.

**TRIAL AND FINAL PRETRIAL:**

**12.** A Telephonic final pretrial conference shall be held on September 5, 2023, at 10:00 AM before the Honorable Wes Reber Porter, United States Magistrate Judge.

**13.** Pursuant to LR 16.4, each party herein shall serve and file a separate final pretrial statement by August 29, 2023.

**14.** By September 19, 2023, the parties shall pre-mark for identification all exhibits and shall exchange or, when appropriate, make available for inspection all exhibits to be offered, other than for impeachment or rebuttal, and all demonstrative aids to be used at trial.

**15.** By September 26, 2023, each party shall serve and file a final comprehensive witness list indicating the identity of each witness that the party will call at trial and describing concisely the substance of the testimony to be given and the estimated time required for the testimony of the witness on direct examination.

**16.** The parties shall make arrangements to schedule the attendance of witnesses at trial so that the case can proceed with all due expedition and without any unnecessary delay.

**17.** The party presenting evidence at trial shall give notice to the other party the day before of the names of the witnesses who will be called to testify the next day and the order in which the witnesses will be called.

**18.** The parties shall meet and confer regarding possible stipulations to the authenticity and admissibility of proposed exhibits by September 26, 2023.

**19a.** By September 26, 2023, the parties shall serve and file statements designating excerpts from depositions (specifying the witness and page and line referred to) to be used at trial other than for impeachment or rebuttal.

   **b.** Statements counter-designating other portions of depositions or any objections to the use of depositions shall be served and filed by October 3, 2023.

**20.** By October 3, 2023, each party shall serve and file a trial brief on all significant disputed issues of law, including foreseeable procedural and evidentiary issues, setting forth briefly the party's position and the supporting arguments and authorities.

**21.** By October 3, 2023 the parties shall file any objections to the admissibility of exhibits. Copies of any exhibits to which objections are made shall be attached to the objections.

**22a.** The original set of exhibits and two copies (all in binders) and a list of all exhibits shall be submitted to the Court by October 3, 2023.

   **b.** A thumb drive of all exhibits shall be submitted to the Court by October 3, 2023.

**23.** The parties shall prepare in writing and submit to the Court any special voir dire inquiries they wish the judge to ask the jury panel.

**24.** The parties shall confer in advance of trial for the purpose of preparing an agreed

upon special verdict form, if a special verdict form is to be requested. The agreed upon special verdict form shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed special verdict forms to the Court.

25.  The parties shall confer in advance of trial for the purpose of preparing an agreed upon concise statement of the case that may be read by the trial judge to the jury during voir dire. The agreed upon concise statement of the case shall be submitted to the Court. In the event of disagreement, the parties shall submit all proposed concise statements of the case to the Court.

26.  Jury instructions shall be prepared in accordance with LR 51.1 and submitted to the Court.

27.  All submissions to the Court required by paragraphs 23, 24, 25 and 26 shall be made by October 3, 2023.

28.  A final pretrial conference shall be held on October 5, 2023, at 10:00 AM in Aha Kanawai before the Honorable Helen Gillmor, United States District Judge.

29.  (RESERVED)

**OTHER MATTERS:**

An Early Settlement Conference is set for September 13, 2022 at 1:00 PM by VTC before Magistrate Judge Wes Reber Porter. The Court will provide details regarding VTC access prior to the conference date. Confidential Settlement Statements shall be emailed to porter_orders@hid.uscourts.gov by September 6, 2022.

The parties are directed to consult Magistrate Judge Wes Reber Porter's Standing Order Regarding Settlement Conferences, available on the Court's public website, regarding the format of the confidential settlement conference statement and settlement conference procedures.

Telephonic hearings before Magistrate Judge Wes Reber Porter, will be held via AT&T Connect Audio Conference at 1-888-278-0296 / Access Code: 8224751. Parties must connect to the conference at least five (5) minutes prior to the scheduled start time of the hearing.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, June 14, 2022.



Wes Reber Porter
United States Magistrate Judge

Roynes J. Dural II vs. City and County of Honolulu, et al.; 1:21-CV-00461-HG-WRP; <u>Rule 16 Scheduling Order</u>